Prob12B (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 22 AM 7: 34

LORETTA G. WHYTE
CLERK

### Request for Modifying the Conditions Or Terms of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)

**Name of Offender:** HONEY MARIE CAREY          **Case Number:** 053L 2:00CR00321N

**Name of Sentencing Judicial Officer:** Honorable Edith Brown Clement/Honorable Kurt D. Engelhardt*

*Case re-allotted to the Honorable Kurt D. Engelhardt

**Offense:** 18 USC 371 - Conspiracy to Defraud the United States

**Date of Sentence:** February 27, 2002

**Sentence:** 60 months custody of the Bureau of Prisons, $396,400.00 restitution and a three year term of supervised release. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Drug treatment
2. Financial disclosure
3. Financial restriction
4. Orientation and life skills

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** August 05, 2005

---

### PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.

[ X ]  To modify the conditions of supervision as follows:

___ Fee_____
___ Process___
X  Dkto_____
___ CtRmDep__
___ Doc. No.__

The defendant shall make restitution payments in monthly installments of at least $25.00 beginning immediately.

The defendant shall participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

### REASON FOR MODIFICATION:

Carey began her three year supervised release term on August 5, 2005 in Houston, Texas. As a special condition of her supervised release, she was ordered to pay restitution in monthly installments of $500.00 upon her release from confinement. Carey currently has no income and is unable to make the monthly payment as ordered. She is being supported by family members until such time that she can secure employment. As her financial situation improves, her payments will increase accordingly.

With regards to the mental health treatment condition, Carey has struggled with early childhood abuse which has led to symptoms of depression and severe sleep problems. She has had a psychological evaluation and it was recommended that she submit to therapy and possible anti-depressant medication.

Carey has no objection to the modifications noted above and has signed the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release.

*Jill Schneckenburger*
U. S. Probation Officer
March 08, 2006

REVIEWED BY:

*Matthew G. Arseneaux*
Supervising U. S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  Submit a Request for Warrant or Summons
[ ]  The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

March 21st, 2006
Date

**DISTRIBUTION:**
- Original — Clerk's Office
- 1 Copy Certified — U.S. Attorney
- 1 Copy Certified — Defense Counsel
- 2 Copies Certified — U.S. Probation